[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-12358

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 8, 2006
THOMAS  K. KAHN
CLERK

D. C. Docket No. 03-60126-CR-DTKH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEXIS ANTONIO OLIVARES-BONILLA, a.k.a. Martin
Ortega,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(February 8, 2006)**

Before BARKETT, WILSON and REAVLEY[*], Circuit Judges.

---

[*] Honorable Thomas M. Reavley, United States Circuit Judge for the Fifth Circuit, sitting by designation.

PER CURIAM:

Alexis Antonio Olivares-Bonilla appeals his 64-month sentence imposed after he pled guilty to being an alien "found in" the United States illegally after removal due to a prior conviction for commission of an aggravated felony, in violation of 8 U.S.C. §§ 1326(a) and (b)(2). We have reviewed the record and considered the argument of counsel and conclude that no error which is reversible under our precedent has been shown.

**AFFIRMED.**